IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

\* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| DEBORAH GLANTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 2: 11-cv-144-BSJ |
| | ) | |
| RICHARD KNAPP; UNIVERSITY PROPERTIES, INC.; dba SHERWOOD HILL RESORTS, | ) | **SPECIAL VERDICT** |
| | ) | |
| Defendants. | ) | |

\* \* \* \* \* \* \* \* \*

**WE, THE JURY,** duly empaneled in the above-entitled action, for our verdict do unanimously find as follows:

**QUESTION NO. 1.** Was Ms. Glanton's race and/or gender a motivating factor in Defendants' decision to terminate her employment? (*Check one*).

☐ Yes  ☒ No

*(If you answered "Yes," please proceed to Question No. 3. If you answered "No," please answer Question No. 2).*

**QUESTION NO. 2.** Was Ms. Glanton terminated from her employment because Defendants unlawfully retaliated against her because of her gender discrimination and/or sexual harassment complaints?

☐ Yes  ☒ No

*(If you answered "Yes," please proceed to Question No. 4. If you answered "No," please*

*answer Question No. 3).*

**QUESTION NO. 3.** Were Ms. Glanton's complaints regarding allegedly unlawful behavior by the company's construction workers while at the resort a substantial factor in Defendants' decision to terminate her employment?

☐ Yes ☒ No

*(If you answered "Yes" to Question No. 1 and/or Question No. 3, please answer Question No. 4. If you answered "No" to Question No. 1, Question No. 2, and Question No. 3, please sign and date this form).*

**QUESTION NO. 4.** Was Ms. Glanton's termination from employment the cause of any injury or loss to her?

☐ Yes ☐ No

*(If you answered "Yes," please answer Question No. 5. If you answered "No," please sign and date this form).*

**QUESTION NO. 5.** What amount of money damages would fairly compensate Ms. Glanton for her injury or loss?

Compensatory Damages: $_____

*(Please date and sign this form below.)*

Dated this __18__ day of July, 2013

Debra M. Hammond
Presiding Officer